# Court of Appeals
# of the State of Georgia

ATLANTA, __February 28, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A1049. JOSEPH MICHAEL FOUNTAIN v. CHARLENA S. REEVES.**

Joseph Michael Fountain, who is incarcerated, filed a petition for legitimation, which the trial court denied. Fountain thereafter filed this direct appeal. We lack jurisdiction.

As an initial matter, the Prison Litigation Reform Act of 1996 provides that appeals of all civil actions by prisoners shall be by application for discretionary appeal as provided in OCGA § 5-6-35. See OCGA § 42-12-8. Moreover, a legitimation action is a domestic relations case, and an appeal in a domestic relations case must also be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Brown v. Williams*, 174 Ga. App. 604, 605 (332 SE2d 48) (1985). "Compliance with the discretionary appeals procedure is jurisdictional." *Fitzgerald v. Dept. of Human Resources*, 231 Ga. App. 129, 129 (497 SE2d 659) (1998) (citation and punctuation omitted). Fountain's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/28/2023__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*